Same case below, 332 Fed. Appx. 837.

**No. 09-9080. Keith Russell Judd, Petitioner v. New Mexico.**

559 U.S. 1075, 130 S. Ct. 2105, 176 L. Ed. 2d 735, 2010 U.S. LEXIS 3282, ■

April 19, 2010. Petition for writ of certiorari to the Court of Appeals of New Mexico denied.

**No. 09-9081. Delbert McNeil, Jr., Petitioner v. Bruce Howard, Warden, et al.**

559 U.S. 1075, 130 S. Ct. 2105, 176 L. Ed. 2d 735, 2010 U.S. LEXIS 3314.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 348 Fed. Appx. 409.

**No. 09-9083. Eric John King, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections.**

559 U.S. 1075, 130 S. Ct. 2106, 176 L. Ed. 2d 735, 2010 U.S. LEXIS 3325.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9084. Bernell Jones, Petitioner v. Brian Fischer, Commissioner, New York Department of Correctional Services.**

559 U.S. 1075, 130 S. Ct. 2106, 176 L. Ed. 2d 735, 2010 U.S. LEXIS 3432.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-9086. April Rose Wilkens, Petitioner v. Oklahoma.**

559 U.S. 1075, 130 S. Ct. 2106, 176 L. Ed. 2d 735, 2010 U.S. LEXIS 3364.

April 19, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

**No. 09-9087. Charles Jason Benedict, Petitioner v. Texas.**

559 U.S. 1075, 130 S. Ct. 2106, 176 L. Ed. 2d 735, 2010 U.S. LEXIS 3373.

April 19, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

**No. 09-9088. Otis Blaxton, Petitioner v. Florida.**

559 U.S. 1075, 130 S. Ct. 2106, 176 L. Ed. 2d 735, 2010 U.S. LEXIS 3350.

April 19, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 27 So. 3d 31.

**No. 09-9090. Charles Liston, Petitioner v. Michael Bowersox, Superintendent, South Central Correctional Center.**

559 U.S. 1075, 130 S. Ct. 2106, 176 L. Ed. 2d 735, 2010 U.S. LEXIS 3334.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.